CGFD19 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–19941–LMI

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

BankUnited Financial Services, Incorporated
c/o Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131

EIN: 65–0778335

## NOTICE OF DEADLINE TO FILE REQUIRED DOCUMENTS AND/OR CORRECT FILING DEFICIENCIES

The above referenced case was filed on May 22, 2009. The following documents were not filed, or were not signed, or do not substantively conform to the official bankruptcy form(s):

**Schedule A due 06/08/2009**
**Schedule B due 06/08/2009**
**Schedule D due 06/08/2009**
**Summary of Schedules due 06/08/2009**
**Schedule E due 06/08/2009**
**Declaration Re: Schedules due 06/08/2009**
**Schedule F due 06/08/2009**
**Schedule G due 06/08/2009**
**Schedule H due 06/08/2009**
**Statement of Financial Affairs due 06/08/2009**

**Notice is given** pursuant to Local Rules 1007–1, 1007–2, 1017–2 and 5005–1(C)(3) that the debtor must submit the required documents and/or correct the filing deficiency indicated above not later than 15 days from the date of the filing of the petition. Failure to file the required documents or correct the filing deficiency on or before **June 8, 2009** may result in dismissal of this case without further notice.

**Notice is further given** that the Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" and the Official Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix pursuant to Bankruptcy Rules 1007 or 1009, and Local Rules 1007–2(B) and 1009–1(D). The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" must accompany any electronically filed schedule or statement filed without an imaged signature. See "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated: 5/26/09**

**CLERK OF COURT**
By: Katrinka Covington
Deputy Clerk

A copy of this notice will be served on the Debtor and the attorney for the debtor (if applicable) by the clerk of court.